# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00705-CV

### N. N. and C. P., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

#### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-FM-19-008360, THE HONORABLE CLEVE WESTON DOTY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant C.P. has filed an unopposed motion to dismiss her appeal. We grant the motion and dismiss the appeal as to C.P. *See* Tex. R. App. P. 42.1(a)(1). We direct the Clerk of this Court to restyle the caption of the instant appeal as follows:

N.N., Appellant

v.

Texas Department of Family and Protective Services, Appellee

It is ordered on January 6, 2023.

Before Justices Baker, Kelly, and Smith